

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00360-CV

**IN RE R.L.E.**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice

Delivered and Filed: June 3, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, R.L.E., filed his petition for writ of mandamus on May 4, 2026. R.L.E. filed a supplemental record on May 12, 2026. Having considered the petition, the record, and the supplemental record, this court has determined that R.L.E. has not established that he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2012-EM5-06902, styled *In the Interest of W.G.E., a Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.